IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MARK MILLIGAN, SR., #1883403,** §
§
Petitioner, §
v. § Civil Action No. **3:17-CV-1837-L-BH**
§
**DONALD MUNIZ, Warden,** §
§
Respondent. §

## ORDER

This habeas case was referred to Magistrate Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 23, 2018, recommending that the court deny Petitioner's Motion for a Stay (Doc. 26), filed March 22, 2018. Petitioner filed objections to the Report, which were docketed April 18, 2018.

After carefully reviewing the motion, pleadings, file, record in this case, and Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Petitioner's objections and **denies** his Motion for a Stay (Doc. 26).

**It is so ordered** this 24th day of April, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**